ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, NV  89117
Tel.:  702-330-4505
Fax:  702-825-0141
andrew@mlolegal.com

*Attorneys for* Plaintiffs WESLEY HOLTON, HILARY LEE, and MAX HOLTON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY HOLTON, individually and as natural parent and guardian of MAX HOLTON; HILARY LEE, individually and as natural parent and guardian of MAX HOLTON; and MAX HOLTON, a minor, by his parents and guardians WESLEY HOLTON and HILARY LEE,<br><br>Plaintiff,<br><br>vs.<br><br>TEN PALMS, LLC, a Nevada limited liability company; COASTAL LUXURY MANAGEMENT, LLC, a California limited liability company; CONEXIS BENEFIT ADMINISTRATORS, LP, a Texas limited partnership; and CONEXIS, LLC, a Delaware limited liability company,<br><br>Defendants. | **CASE NO.  2:15-CV-01119-LDG-CWH** |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

1

1 | **Dated this 25th day of May, 2016**

<br>

        **MUEHLBAUER LAW OFFICE, LTD.**

        /s/ Andrew R. Muehlbauer
        _____
        ANDREW R. MUEHLBAUER, ESQ.
        Nevada Bar No. 10161
        7915 West Sahara Ave., Suite 104
        Las Vegas, NV  89117
        Tel.:  702-330-4505
        Fax:  702-825-0141
        andrew@mlolegal.com

        *Attorneys for* Plaintiffs WESLEY HOLTON, HILARY LEE, and MAX HOLTON

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

        /s/ Richard I. Dreitzer
        _____
        RICHARD I. DREITZER, ESQ.
        Nevada Bar No. 6626
        300 South 4th Street – 11th Floor
        Las Vegas, NV  89101
        Tel.:  702-727-1400
        Fax:  702-727-1401
        Richard.Dreitzer@wilsonelser.com

        *Attorneys for* Defendants TEN PALMS, LLC and COASTAL LUXURY MANAGEMENT, LLC

**IT IS SO ORDERED:**

_____
**United States   District   Judge**

**Dated:** 26 MAY 2016